| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | JOSEPH K. WHEATLEY |
| | Special Assistant United States Attorney |
| 3 | Trial Attorney, U.S. Department of Justice |
| | 880 Front Street, Room 6293 |
| 4 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-6882 c/o Stephanie Delgadillo |
| 5 | Email Joe.Wheatley@usdoj.gov |
| | Attorneys for Plaintiff |
| 6 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2069-JAH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| TIEN DUC VU, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States v. Tien Duc Vu</u>, Criminal Case No. 07-CR-1312-JAH. Pursuant to a Plea Agreement, the Defendant consented to transfer of the above-entitled case from the Western District of Washington, to the Southern District of California, pursuant to Federal Rule of Criminal Procedure 20, in anticipation of a plea hearing at which he would plead guilty to related criminal offenses, namely Count One of the above-entitled case, and Count One of Criminal Case No. 07-CR-1312-JAH. Defendant has been arraigned in Criminal Case No. 07-CR-1312-JAH.

DATED: June 20, 2008.

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

s/ Joseph K. Wheatley
JOSEPH K. WHEATLEY
Special Assistant U.S. Attorney
Trial Attorney, U.S. Department of Justice

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Criminal Case No.  08-CR-2069-JAH |
| )                                 | |
| Plaintiff,        )               | |
| )                                 | |
| v.                                ) | CERTIFICATE OF SERVICE |
| )                                 | |
| TIEN DUC VU,                      ) | |
| )                                 | |
| Defendant.        )               | |
| _____) | |

IT IS HEREBY CERTIFIED THAT:

I, JOSEPH K. WHEATLEY, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I have caused service of **NOTICE OF RELATED CASE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **1.**    **None**

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    **1.**    **Nicholas De Pento; Law Offices of Nick De Pento; 550 West "C" Street, Suite 1160; San Diego, CA 92101**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2008.

                                                    s/ Joseph K. Wheatley
                                                  JOSEPH K. WHEATLEY